Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA MARIE JARVIS,<br><br>Defendant. | No.  6:17-mj-00101-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated:  September 2, 2020         /S/ Sean O. Anderson_____
                                  Sean O. Anderson
                                  Acting Legal Officer
                                  Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Jarvis*, 6:17-mj-00101-MJS, be dismissed, with prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   September 2, 2020                    _____
                                                                        UNITED STATES MAGISTRATE JUDGE